Opinion issued May 6, 2010










In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00923-CV






TAMMY ANDERSON, Appellant


V.


DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee






On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 2006-32454






MEMORANDUM OPINION Appellant has neither established indigence, nor paid or made arrangements to
pay the clerk's fee for preparing the clerk's record. See Tex. R. App. P. 20.1 (listing
requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no
clerk's record filed due to appellant's fault). After being notified that this appeal was
subject to dismissal, appellant Tammy Anderson did not adequately respond. See
Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case).

 We dismiss the appeal for want of prosecution for failure to pay or make
arrangements to pay the clerk's fee. We deny all pending motions.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.